UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| *In re Application of*<br><br>iFinex Inc.<br><br>Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents for use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Case No.:<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO CONDUCT DISCOVERY IN FOREIGN LITIGATION PURSUANT TO 28 U.S.C. § 1782** |

The Court has read and Petitioner iFinex Inc.'s Application to Conduct Discovery Pursuant to 28 U.S.C. § 1782 (the "Application"), filed April __, 2020. Section 1782(a) provides:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal. The order may be made pursuant to ... the application of any interested person…

(28 U.S.C. § 1782.)

The Court finds that these statutory requirements have been met by iFinex Inc. Petitioner is an "interested person" with respect to certain foreign proceedings occurring in Poland, Portugal, and the United Kingdom. The requested discovery is for use in conjunction with those foreign proceedings. Respondent Arizona Bank & Trust may be found in this District.

Moreover, with respect to the discretionary factors a court should consider in granting or denying a request under 28 U.S.C. § 1782, the Court also finds that they militate in favor of exercising its discretion to grant discovery under the statute. *See Intel Corp. v. Advanced Micro Devices, Inc.,* 542 U.S. 241, 264-65 (2004). In particular, the discovery sought may be beyond the foreign tribunal's reach as Respondent is a non-party to those proceedings. Moreover, there is no reason to believe that the foreign tribunals would not be receptive to this discovery or that the relief is being requested to circumvent foreign proof-gathering restrictions. Lastly, Petitioner has made a prima facie showing that the discovery sought is relevant to the foreign proceedings.

The Application is granted.

IT IS SO ORDERED.

Dated: _____                      _____
                                              United States District Judge