1  Name         _____
2  Bar #        _____
   Firm         _____
3  Address      _____
4               _____
5               _____
   Telephone    _____
6

7               IN THE UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF ARIZONA

9

10                                              )
11                                              )
                                                )
12         Plaintiff,                           )
                                                )   **Case No.**
13         vs.                                  )
                                                )   **Corporate Disclosure Statement**
14                                              )
                                                )
15         Defendant.                           )
                                                )
16  _____)

17

18      This Corporate Disclosure Statement is filed on behalf of _____
    in compliance with the provisions of: *(check one)*
19
            ____   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20                 action in a district court must file a statement that identifies any parent corporation
21                 and any publicly held corporation that owns 10% or more of its stock or states that
                   there is no such corporation.
22
            ____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23                 party to a proceeding in a district court must file a statement that identifies any
                   parent corporation and any publicly held corporation that owns 10% or more of its
24                 stock or states that there is no such corporation.
25
            ____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26                 alleged criminal activity is a corporation the government must file a statement
27                 identifying the victim and the statement must also disclose the information required
                   by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

\_\_\_\_ No such corporation.

\_\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_\_ Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

Certificate of Service:

- 2 -