# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| *In re Application of* | No. MC-20-00018-PHX-MTL |
| iFinex Incorporated, | **ORDER** |
| Petitioner. | |

Pursuant to 28 U.S.C. § 455(a), I hereby recuse myself from any further action in the above-captioned matter and order this case to be reassigned, by random draw, to another Judge in the District of Arizona. I am informed by the Clerk of the Court that Judge Douglas L. Rayes has been drawn, accordingly,

**IT IS ORDERED** that this matter is reassigned to the Honorable Douglas L. Rayes, United States District Judge. All future pleadings and papers submitted for filing shall bear the following complete case number: MC-20-00018-PHX-DLR.

Dated this 15th day of April, 2020.

Michael T. Liburdi
United States District Judge