Brian M. Bergin (#021776)
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 E. Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: (602) 888-7855
Facsimile: (602) 888-7856
Email: bbergin@bfsolaw.com

Michael Jason Lee, Esq. (State Bar No. 206110)
**LAW OFFICES OF MICHAEL JASON LEE, APLC**
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
Telephone: (858) 550-9984
Facsimile: (858) 550-9985
Email: michael@mjllaw.com
*Pro Hac Vice Application Pending*

Christopher J. Beal, Esq. (State Bar No. 216579)
**DILLON MILLER & AHUJA, LLP**
5872 Owens Avenue, Suite 200
Carlsbad, California 92008
Telephone: (858) 587-1800
Facsimile: (858) 587-2587
Email: cbeal@dmalaw.com
Attorneys for Applicant, iFinex Inc.
*Pro Hac Vice Application Pending*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| *In re Application of* | **Case No.: MC-20-00018-PHX-DLR** |
| iFinex Inc. | (Assigned to Hon. Douglas M. Rayes) |
| Applicant, | **APPLICANT IFINEX INC.'S CORPORATE DISCLOSURE STATEMENT** |
| For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents for use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | |

1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1 of the United States District Court for the District of Arizona, Applicant, iFinex Inc., ("Applicant") hereby states that it is a non-governmental entity whose parent corporation is Digfinex Inc. No publicly traded corporation owns ten percent (10%) or more of Applicant's stock. Applicant will file a supplemental disclosure statement upon any change in the information provided herein.

DATED this 21st day of April, 2020.

**Law Offices of Michael Jason Lee, APLC**

/s/ Michael Jason Lee (with permission)
Michael Jason Lee, Esq.
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
Attorney for Applicant, iFinex Inc.
*Pro Hac Vice Application Pending*

**Bergin Frakes Smalley & Oberholtzer,**

/s/ Brian M. Bergin
Brian M. Bergin
4343 E. Camelback Road #210
Phoenix, Arizona 85018
Attorney for Applicant, iFinex Inc.

**Dillon Miller & Ahuja, LLP**

/s/ Christopher J. Beal, Esq. (with permission)
Christopher J. Beal, Esq
5872 Owens Avenue, Suite 200
Carlsbad, California 92008
Attorney for Applicant, iFinex Inc.
*Pro Hac Vice Application Pending*

## CERTIFICATE OF SERVICE

On this 21st day of April, 2020, the foregoing was filed with the Arizona District Court Clerk's Office using the CM/ECF System for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ Kristine L. Berry